IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-575-CR





MICHAEL ANTHONY WHITE,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT



NO. 92R-005, HONORABLE DAN R. BECK, JUDGE PRESIDING


 





PER CURIAM

 A jury found appellant guilty of possessing less than twenty-eight grams of cocaine. 
Texas Controlled Substances Act, Tex. Health & Safety Code Ann. § 481.115 (West 1992). The
district court assessed punishment at imprisonment for ten years, but suspended imposition of
sentence and placed appellant on probation.

 Neither a statement of facts nor a brief on appellant's behalf has been filed in this
cause. Appellant was represented by retained counsel at trial. Appellant did not request a free
statement of facts. See Tex. R. App. P. 53(j)(2). Following a hearing ordered by this Court, the
district court found that appellant is not indigent. See Tex. R. App. P. 74(l). This finding is
supported by the record from the hearing. That record also indicates that appellant has failed to
retain counsel for this appeal. Under the circumstances, this Court will consider the appeal on
the present record and without briefs.

 We have examined the record and find no error that should be considered in the
interest of justice.

 The judgment of conviction is affirmed.


Before Justices Powers, Jones and Kidd

Affirmed

Filed: October 6, 1993

Do Not Publish